UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| ARIANA WOOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BROWN UNIVERSITY, *alias* | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |

CASE NO. 1:24-CV-00483-JJM-PAS

## STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND DEFENDANT'S ANSWER OR RESPONSE

Plaintiff Ariana Wood ("Plaintiff") and Defendant Brown University ("Brown") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Following the issuance of the Court's March 5, 2025 Order on Brown's Motion to Dismiss (Doc. No. 11), Plaintiff intends to file an Amended Complaint, which will withdraw the claims alleged at Counts I through IX plead in the original Complaint (Doc. No. 1).

2. The Parties stipulate and agree that Brown shall have fourteen (14) days from the date Plaintiff files the Amended Complaint to file its Answer or otherwise respond.

IT IS SO STIPULATED.

Respectfully submitted,

**ARIANA WOOD**                                              **BROWN UNIVERSITY**

*/s/ Olayiwola O. Oduyingbo*                                 */s/ Mitchell R. Edwards*
Olayiwola O. Oduyingbo (#9427)
ODU LAW FIRM, LLC                                            Mitchell R. Edwards (#6942)
888 Reservoir Avenue, Floor 2                               Hinckley, Allen & Snyder LLP
Cranston, RI 02910                                          100 Westminster Street, Suite 1500
Telephone: (401) 209-2029                                   Providence, Rhode Island 02903
Facsimile: (401) 217-2299                                   Telephone: (401) 274-2000
Odu@odulawfirm.com                                          Facsimile: (401) 277-9600
                                                            medwards@hinckleyallen.com


Dated: March 19, 2025


## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2025 a copy of the foregoing document was filed through the ECF filing system, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.


*/s/ Mitchell R. Edwards*


65861056